RUSS, AUGUST & KABAT
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

*Attorneys for Plaintiff*
REALTIME ADAPTIVE STREAMING LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC. and<br><br>NETFLIX STREAMING SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 2:19-cv-06359-GW-JC<br><br>**NOTICE OF DISMISSAL** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Realtime Adaptive Streaming LLC hereby dismisses the Complaint against Defendants. Each party shall bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

DATED: November 14, 2019

**RUSS, AUGUST & KABAT**

By: /s/ Reza Mirzaie

Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Paul Kroeger (CA SBN 229074)
Email: pkroeger@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310/826-7474
Facsimile 310/826-6991

Attorneys for Plaintiff
Realtime Adaptive Streaming LLC

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing document has been served on November 14, 2019 to all counsel of record via electronic service.

Dated: November 14, 2019         /s/ Reza Mirzaie