UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-6359-GW-JCx | Date | January 19, 2023 |
|---|---|---|---|
| Title | *Realtime Adaptive Streaming LLC v. Netflix, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip X. Wang | Todd R. Gregorian |

**PROCEEDINGS:** **DEFENDANTS NETFLIX, INC. AND NETFLIX STREAMING SERVICES, INC.'S MOTION FOR SUPPLEMENTAL ATTORNEY FEES [83]**

The Court's Tentative Order on Defendant's Motion [83] was circulated on January 19, 2023 [90]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court denies Defendants' Motion.

: 07

Initials of Preparer  JG